

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-25-2004

# Johnson v. Carroll

Precedential or Non-Precedential: Precedential

Docket No. 03-2101

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Johnson v. Carroll" (2004). *2004 Decisions.* Paper 643.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/643

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-2101

_____

RONALD N. JOHNSON

v.

THOMAS J. CARROLL, Warden;
ATTORNEY GENERAL OF
THE STATE OF DELAWARE

Thomas Carroll,
Appellant

_____

Appeal from the United States District Court
For the District of Delaware
D.C. No.: 02-cv-00562
District Judge: Honorable Joseph J. Farnan, Jr., Chief Judge

_____

ORDER AMENDING OPINION

_____

Per the direction of the Court, the opinion issued on May 24, 2004 is amended as follows:

1) On the caption page the designation of the Honorable Joseph J. Farnan, Jr. as the Chief Judge shall be deleted. It is noted that the Honorable Sue L. Robinson is the Chief Judge;

2) On the caption page the second column, first paragraph, second sentence is amended so that it reads: "A grand jury in Delaware indicted Ronald N. Johnson for the theft of property valued in excess of $1000, possession of a deadly weapon by a person prohibited, and several other related crimes.

For the Court,

 /s/ Marcia M. Waldron
Clerk

Dated: May 25, 2004